# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

AUG 22 2014

Clerk

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

| | | | |
|---|---|---|---|
| Roberto Escobar Jr. | | *Principal* | |
| A202 086 072 | YOB: 1973 | United States | |
| Claudia Irene Lozano | | *Co-Principal* | |
| A202 086 065 | YOB: 1981 | United States | |

Case Number:

**M-14-1633-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 20, 2014** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Miriam Aracely Gonzalez-Najera and Elmer Neftali Ordonez-Ruedas, citizens and nationals of Guatemala, along with one (1) other undocumented alien, for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location in Roma, Texas to the point of arrest in Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 20, 2014, Roma Police Investigator M. Lujano, conducted a vehicle stop on a green Chevrolet Tahoe for failure to yield at a stop sign. Border Patrol was called out to the scene to conduct an immigration inspection on the occupants of the vehicle. Claudia Irene Lozano and Roberto Escobar Jr. both admitted to being United States Citizens. The other three passengers in the vehicle all admitted to being in the United States illegally. All subjects were transported to the Rio Grande City Border Patrol Station for processing.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved,
*(signature)*

*(signature)*
Signature of Complainant

Eduardo Cortez        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 22, 2014                8:58 am        at    McAllen, Texas
Date                                                City and State

Peter E. Ormsby, U. S. Magistrate Judge
Name and Title of Judicial Officer

*(signature)*
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-14-1633-M

RE:    Roberto Escobar Jr.            A202 086 072
       Claudia Irene Lozano           A202 086 065

**CONTINUATION:**

**PRINCIPAL STATEMENTS:**

Both principles were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1- Roberto Escobar Jr. stated he was transporting three illegal aliens from one house to another. According to Escobar, he was training Claudia Irene Lozano, a USC, on how to handle the transportation of illegal aliens. Lozano told Escobar she wanted to work for him, and help him transport illegal aliens. Escobar told agents he works for a woman named Sandra, and she gave him instructions to pick up illegal aliens at a trailer in Roma, Texas and transport them to a house in Escobares, Texas. Sandra was going to pay Escobar $25 per person he transported. Escobar told the males to sit in the back of the Tahoe and he told the female to sit in the seat behind Lozano. Escobar identified Lozano in a photo lineup as the person he was training to transport illegal aliens.

2- Claudia Irene Lozano stated Roberto Escobar Jr. asked for her assistance in finding a trailer house where he was supposed to pick up some illegal aliens. Escobar told her he would give her $20-$30 for her help. When the illegal aliens came out of the trailer and boarded the Tahoe, Escobar asked Lozano if she was ready, to which she did not reply. She stated she knew transporting illegal aliens was illegal. Lozano identified Escobar in a photo lineup as the man who solicited her help transporting illegal aliens.

**NOTE:** Roberto Escobar Jr. was the principle in a 1 on 5 administrative case on 7/31/14. Claudia Irene Lozano was a principle in a 1 on 3 administrative case on 3/22/14 **AND** in a 1 on 4 case on 2/21/14.

**MATERIAL WITNESS STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1- Miriam Aracely Gonzalez-Najera stated she paid $2,000 (USD) to be smuggled into the United States. After illegally crossing the Rio Grande River, she was picked up by a car and transported to a trailer house. After approximately 10 hours, a green SUV arrived and she boarded the vehicle. Shortly after, the police stopped the vehicle. Gonzalez identified Escobar in a photo lineup as the driver of the green SUV.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-1633-M

| | |
|---|---|
| **RE:** **Roberto Escobar Jr.** | **A202 086 072** |
| **Claudia Irene Lozano** | **A202 086 065** |

**CONTINUATION:**

2- Elmer Neftali Ordonez-Ruedas stated he has already paid $3,000 (USD) of $8,000 (USD) to be smuggled into the United States. After illegally crossing the Rio Grande River, a vehicle picked him up and transported him to a white trailer in an open lot. When he entered the trailer, there wasn't anyone there, but there was food left for him and the group he was with. Less than a day later, a man arrived and picked them up. According to Ordonez, the man told them that only three were going to get in his truck. The driver of the vehicle told Ordonez and another person to lay down. Shortly after, the police stopped the vehicle. Ordonez identified Escobar in a photo lineup as the driver of the green SUV.